AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| GABRIEL ARRIES <br><br> *Plaintiff(s)* <br> v. <br> VICTOR HILL, RASHAWN JOHNSON, JAMES STEWART, Jr., JELANI FOSTER, MONTEZ HAWKINS, SYDNEY CANNON, DAVID EVANS, BENJAMIN WALKER, Jr., and John Does 1-2 in their individual capacities, <br> *Defendant(s)* | Civil Action No. 1:21-cv-03588-SDG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BENJAMIN WALKER, JR.
c/o Jack Hancock, Esq.
Freeman Mathis & Gary, LLP
661 Forest Parkway, Suite E
Forest Park, GA 30297-2256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALWYN FREDERICKS, ESQ.         KURT KASTORF, ESQ.
LISA MCNARY, ESQ.               KASTORF LAW, LLC
CASH, KRUGLER & FREDERICKS, LLC   1387 IVERSON ST. N.E.
5447 ROSWELL ROAD NE             SUITE 100
ATLANTA, GA 30342                ATLANTA, GA 30083
(404) 659-1710 [PHONE]           (404) 900-0300 [PHONE]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
KEVIN P. WEIMER

Date: 09/20/2021

s/ Jennifer K. Brown
*Signature of Clerk or Deputy Clerk*