IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL ARRIES, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR HILL, RASHAWN JOHNSON, ) <br> JAMES STEWART, JR., ) <br> JELANI FOSTER, MONTEZ HAWKINS, ) <br> SYDNEY CANNON, DAVID EVANS, ) <br> BENJAMIN WALKER, JR., AND JOHN ) <br> DOES 1-2, in their individual capacities, ) <br> ) <br>    Defendants. ) <br> ) | CIVIL ACTION FILE NO.: <br> 1:21-CV-03588-SDG |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COME NOW Defendants Victor Hill, Rashawn Johnson, James Stewart, Jr., Jelani Foster, Montez Hawkins, Sydney Cannon, David Evans, and Benjamin Walker, Jr. (hereinafter "defendants"), by and through the undersigned counsel of record, and hereby file this motion to dismiss plaintiff's complaint (Doc. 1). Pursuant to Fed. R. Civ. P. 12(b), defendants respectfully request that this Court dismiss plaintiff's complaint due to the complaint's failure to state a claim against defendants upon which relief may be granted and the doctrines of qualified and official immunity.

In support of this motion, defendants rely upon the arguments and citations to authority presented in the accompanying memorandum of law, which they file contemporaneously with this motion. For the reasons more fully set forth in the accompanying memorandum of law, defendants' motion should be granted.

                            **FREEMAN MATHIS & GARY, LLP**

                            */s/ A. Ali Sabzevari*
                            Jack R. Hancock
                            Georgia Bar No. 322450
                            jhancock@fmglaw.com
                            A. Ali Sabzevari
                            Georgia Bar No. 941527
                            asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

                            Attorneys for Defendants


                            */s/ Robert H. Citronberg*
                            Robert H. Citronberg
                            Georgia Bar No. 126275
                            rcitronberg@gmail.com

303 Peachtree Street NE, Suite 4100
Atlanta, GA 30308
(404) 522-7450 (telephone)
(404) 577-0860 (facsimile)

                            Attorney for Defendant David Evans

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record:

Alwyn R. Fredericks
Lisa E. McNary
Cash, Krugler & Fredericks, LLC
5447 Roswell Road, NE
Atlanta, GA 30342

Kurt Kastorf
Kastorf Law, LLC
1387 Iverson St. N.E., Suite 100
Atlanta, GA 30083

This 8th day of October, 2021.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)