IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL ARRIES,<br><br>　　　　　Plaintiff,<br>v.<br><br>VICTOR HILL, JAMES STEWART, Jr., JELANI FOSTER, DAVID EVANS<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-3588-AT |

**NOTICE OF INTENT TO SERVE SUBPOENAS FOR PRODUCTION OF DOCUMENTARY EVIDENCE**

YOU ARE HEREBY NOTIFIED pursuant to Rule 45 of the Federal Rules of Civil Procedure that I have served a true copy of the following:

1. Subpoena for production of documents to the Social Security Administration.

A copy of the subpoenas issued to the above referenced parties were contemporaneously served via all counsel of record along with a copy of this notice.

FREEMAN MATHIS & GARY, LLP

/s/ A. Ali Sabzevari
Jack R. Hancock
Georgia Bar No. 322450

1

JHancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
ASabzevari@fmglaw.com
Chandler J. Emmons
Georgia Bar No. 310809
chandler.emmons@fmglaw.com

*Attorneys for Defendant Victor Hill*

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed with the court and served the foregoing **NOTICE OF INTENT TO SERVICE OF SUBPOENAS FOR PRODUCTION OF DOCUMENTARY EVIDENCE** via electronic service through CM/ECF e-filing system which automatically generates an electronic notification of this filing to all counsel of record.

This 26th day of May 2023.

        FREEMAN MATHIS & GARY, LLP

        /s/ A. Ali Sabzevari
        A. Ali Sabzevari
        Georgia Bar No. 941527
        ASabzevari@fmglaw.com

        *Attorneys for Defendant Victor Hill*

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223