# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GABRIEL ARRIES,<br><br>　　Plaintiff,<br>v.<br><br>VICTOR HILL, JELANI FOSTER, DAVID EVANS, and John Does 1-2, in their individual capacities,<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO. 1:21-CV-03588-AT |

## PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT VICTOR HILL

TO:　Victor Hill BOP Reg. No: 41909-509
　　　c/o Captain David Hagler
　　　Forrest City Low Prison
　　　1400 Dale Bumpers Road
　　　Forrest City, AR 72335

YOU ARE HEREBY NOTIFIED pursuant to Federal Rule of Civil Procedure 26 and 30, that on **Wednesday, July 12, 2023**, commencing at **10:00 AM (CDT)** at office of **Forrest City Low Prison, 1400 Dale Bumpers Road, Forrest City, Arkansas 72335,** before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the deposition of Victor Hill. The deposition will

be taken before a person duly authorized by law to take the deposition and will be taken pursuant to Fed R.C.P. 26 and 30, for purposes of discovery, cross-examination and for any other purposes allowed by law. The deposition shall continue from day to day until completed and will be videotaped and transcribed by a court reporter retained by Plaintiff.

This <u>5th</u> day of June, 2023.

                              CASH, KRUGLER & FREDERICKS, LLC

                              <u>/s/ *Alwyn Fredericks*</u>
                              Alwyn R. Fredericks
                              Georgia State Bar No. 275092
                              Lisa E. McNary
                              Georgia State Bar No. 456926
                              Counsel for Plaintiff

5447 Roswell Road, NE
Atlanta, Georgia 30342
(404) 659-1710 - Telephone
(404) 264-1149 - Facsimile
afredericks@ckf.law
lmcnary@ckf.law

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1C, the undersigned counsel certifies that the foregoing has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in LR 5.1C.

                                    /s/ *Alwyn R. Fredericks*
                                    Alwyn R. Fredericks
                                    Georgia State Bar No. 275092
                                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the within and foregoing pleading upon opposing counsel of record with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following attorneys of record:

Kurt G. Kastorf
Kastorf Law, LLC
1387 Iverson St., NE
Suite 100
Atlanta, GA 30083
Kurt.kastorf@gmail.com

A. Ali Sabzevari
John R. Hancock
Chandler Emmons
Freeman Mathis & Gary, LLP
661 Forest Parkway, Suite E
Forest Park, GA 30297
asabzevari@fmglaw.com
jhancock@fmglaw.com
cjemmons@fmglaw.com

Brian R. Dempsey
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
brian.dempsey@carmitch.com

Matthew Herbert Bennett, Esq.
Bennett Law Office, LLC
1012 Memorial Drive
Suite 13
Griffin, GA 30223
mhb@bennettlawofficellc.com

Drew Findling
The Findling Law Firm, P.C.
3575 Piedmont Rd., N.E.
Tower 15, Suite 1010
Atlanta, GA 30305
drew@findlinglawfirm.com

Lynsey Morris Harron
Barron Law, LLC
3104 Briarcliff Road
P.O. Box 29964
Atlanta, GA 30359
lynsey@barron.law

Marissa Helene
Goldberg Findling Law Firm, P.C.
Suite 600, One Securities Centre
3490 Piedmont Road
Atlanta, GA 30305

marissa@findlinglawfirm.com

    This 5th day of June, 2023.

                                    CASH, KRUGLER & FREDERICKS, LLC

                                    /s/ *Alwyn Fredericks*
                                    Alwyn R. Fredericks
                                    Georgia State Bar No. 275092
                                    Lisa E. McNary
                                    Georgia State Bar No. 456926
                                    Counsel for Plaintiff

5447 Roswell Road, NE
Atlanta, Georgia 30342
(404) 659-1710 - Telephone
(404) 264-1149 - Facsimile
afredericks@ckf.law
lmcnary@ckf.law