IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL ARRIES,<br><br>        Plaintiff,<br>v.<br><br>VICTOR HILL, JELANI FOSTER,<br> and DAVID EVANS<br><br>        Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-3588-AT |

### AMENDED NOTICE TO TAKE THE VIDEOTAPED IN-PERSON DEPOSITION OF GABRIEL ARRIES

TO:   Gabriel Arries
      c/o Alwyn Fredericks
      Cash, Krugler & Fredericks, LLC
      5447 Roswell Road, NE
      Atlanta, Georgia 30342

PLEASE TAKE NOTICE that on Tuesday, July 25, 2023 beginning at 10:00 a.m., counsel for defendant Victor Hill, pursuant to Rule 30 of the Federal Rules of Civil Procedure and Court Order, shall take the deposition Gabriel Arries, upon oral examination before a certified court reporter officer and videographer duly authorized by law to take depositions and administer oaths at the offices of Shelley & Schulte located at 700 E. Franklin Street, Richmond, VA 23219. The deposition

will be recorded by stenographic means and be recorded by audiovisual means. The oral examination will continue from day to day until its completion.

This 6th day of June, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
Chandler J. Emmons
Georgia Bar No. 310809
cjemmons@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223
jhancock@fmglaw.com
asabzevari@fmglaw.com
cjemmons@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing **AMENDED NOTICE TO TAKE THE VIDEOTAPED IN-PERSON DEPOSITION OF GABRIEL ARRIES** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

This 6th day of June, 2023.

                                                 **FREEMAN MATHIS & GARY, LLP**

                                                 */s/ A. Ali Sabzevari*
                                                 Ali Sabzevari
                                                 Georgia Bar No. 941527

                                               *Attorneys for Defendant Victor Hill*

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223
asabzevari@fmglaw.com