**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GABRIEL ARRIES, | ) |
|     Plaintiff, | ) Civil Action File No. |
| vs. | ) 1:21-CV-03588-AT |
| VICTOR HILL; JELANI FOSTER; DAVID EVANS; and, John Does 1 – 2, in their individual capacities | ) |
|     Defendants. | ) |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW Alwyn R. Fredericks, Esquire, counsel for Plaintiff, Gabriel Arries, and pursuant to L.R. 83.1E(3), hereby respectfully moves this Court for an order granting him leave of absence from Court appearances for the following dates:

June 30, 2023 through and including July 5, 2023;

August 1 2023 through and including August 8, 2023;

August 31, 2023 through and including September 6, 2023;

November 17, 2023 through and including November 27, 2023; and,

December 21, 2023 through and including January 2, 2024.

It is requested that no hearings or trials be scheduled which will require attendance and/or response during the aforesaid period of time.

A proposed Order is attached hereto.

This 12th day of June, 2023.

                         **CASH, KRUGLER & FREDERICKS, LLC**

                         */s/ Alwyn R. Fredericks*

                         ALWYN R. FREDERICKS
                         AFredericks@ckf.law
                         Georgia State Bar No.: 275092
                         5447 Roswell Road, N.E.
                         Atlanta, Georgia 30342
                         404-659-1710 (Telephone)
                         404-264-1149 (Fax)

                         *Attorney for Plaintiff*

Arries v. Hill, et al; 1:21-CV-03588-AT
*Motion for Leave of Absence*
Page 2 of 4

## LR 7.1 (D) ND.Ga. CERTIFICATE

This is to certify that the foregoing **MOTION FOR LEAVE OF ABSENCE** has been prepared using one of the font and point selections approved in LR 5.1 ND.Ga.: Times New Roman (14 point).

This 12th day of June, 2023.

**CASH, KRUGLER & FREDERICKS, LLC**

*/s/ Alwyn R. Fredericks*

ALWYN R. FREDERICKS
AFredericks@ckf.law
Georgia State Bar No.: 275092

Case 1:21-cv-03588-AT   Document 226   Filed 06/12/23   Page 4 of 4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2023, I electronically filed the within and foregoing **MOTION FOR LEAVE OF ABSENCE** with the Clerk of Court utilizing the *Pacer CM/ECF* filing system, which will automatically send e-mail notification of such filing to the following:

| | | |
|---|---|---|
| Jack R. Hancock, Esq.<br>A. Ali Sabzevari, Esq.<br>Chandler J. Emmons, Esq.<br>**FREEMAN MATHIS & GARY, LLP**<br>661 Forest Parkway, Suite E<br>Forest Park, Georgia 30297<br>JHancock@fmglaw.com<br>ASabzevari@fmglaw.com<br>CJemmons@fmglaw.com | Brian R. Dempsey, Esq.<br>**CAROTHERS & MITCHELL, LLC**<br>1809 Buford Highway<br>Buford, Georgia 30518<br>Brian.Dempsey@carmitch.com<br><br>*Attorney for Jelani Foster* | Matthew H. Bennett, Esq.<br>**BENNETT LAW OFFICE, LLC**<br>1012 Memorial Drive, Suite 13<br>Griffin, Georgia 30223<br>MHB@bennettlawofficellc.com<br><br>*Attorney for David Evans* |

*Attorneys for Defendant Victor Hill*

This 12th day of June, 2023.

                                                                     **CASH, KRUGLER & FREDERICKS, LLC**

                                                                     ***/s/ Alwyn R. Fredericks***

                                                                     ALWYN R. FREDERICKS
                                                                     AFredericks@ckf.law
                                                                     Georgia State Bar No.: 275092
                                                                    5447 Roswell Road, N.E.
                                                                     Atlanta, Georgia 30342
                                                                     404-659-1710 (Telephone)
                                                                     404-264-1149 (Fax)

                                                                    *Attorney for Plaintiff*

Arries v. Hill, et al; 1:21-CV-03588-AT
*Motion for Leave of Absence*
Page 4 of 4