# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GABRIEL ARRIES, | ) |
|     Plaintiff, | ) Civil Action File No. |
| vs. | ) 1:21-CV-03588-AT |
| VICTOR HILL; JELANI FOSTER; DAVID EVANS; and, John Does 1 – 2, in their individual capacities | ) |
|     Defendants. | ) |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

It appearing to the Court that Alwyn R. Fredericks, Esquire, attorney for Plaintiff, Gabriel Arries, will be away from the practice of law from **June 30, 2023 through and including July 5, 2023; August 1 2023 through and including August 8, 2023; August 31, 2023 through and including September 6, 2023; November 17, 2023 through and including November 27, 2023; and, December 21, 2023 through and including January 2, 2024**.

It is therefore **ORDERED** that Alwyn R, Fredericks be, and hereby is, granted leave from being called to appear in this matter for the dates of **June 30, 2023 through and including July 5, 2023; August 1 2023 through and including August 8, 2023; August 31, 2023 through and including September 6, 2023; November 17, 2023 through and including November 27, 2023; and,**

**December 21, 2023 through and including January 2, 2024.**

    IT IS SO ORDERED, this _____ day of _____, 20<u>23</u>.

 

_____
**HON. AMY TOTENBERG, JUDGE**
**United States District Court**
**Northern District of Georgia, Atlanta**

Arries v. Hill, et al; 1:21-CV-03588-AT
*[Proposed] Order Granting Motion for Leave of Absence*
Page 2 of 2